AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:22-mj-00225 |
| Gary Francis Smith | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 10/21/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Gary Francis Smith                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Knowingly Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(G) - Violently Parading, Demonstrating, or Picketing in a Capitol Building.

Date: _____10/21/2022_____                                        2022.10.21 12:56:56 -04'00'
                                                                              *Issuing officer's signature*

City and state:        Washington, D.C.                    Robin M. Meriweather, U.S. Magistrate Judge
                                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/21/2022, and the person was arrested on *(date)* 10/27/2022
at *(city and state)* DETROIT, MI.

Date: 10/27/2022

*Arresting officer's signature*

AARON ERKKINEN, SA
*Printed name and title*